PROB 12C
(6/16)

Report Date:  February 24, 2026

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 24, 2026

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Felipe Arriaga          Case Number: 0980 1:25CR02118-RLP-1

Address of Offender: ███████████  Mabton, Washington 98935

Name of Sentencing Judicial Officer: The Honorable Charles C. Lovell, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: December 17, 2009

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 18 U.S.C. §§ 846 and 851 | | |
| Original Sentence: | Prison - 240 months<br>TSR - 120 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Thomas J Hanlon | Date Supervision Commenced: April 19, 2024 | |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: April 18, 2034 | |

---

### PETITIONING THE COURT

To issue a warrant.

On April 22, 2024, supervised release conditions were reviewed and signed by Mr. Arriaga, acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime. |

**Supporting Evidence**: Mr. Arriaga is considered to be in violation of his supervised release conditions by being arrested for attempting to elude a police vehicle on or about February 21, 2026.

Per Grandview Police Department incident report 26V0685, on February 21, 2026, at approximately 13:21 hours, Mr. Arriaga committed the crime of attempting to elude a police vehicle when he fled a traffic stop in a reckless manor through a residential area. Mr. Arriaga proceeded to commit the crime of a hit and run when he struck a fence and fled the scene. Mr. Arriaga then committed the crime of obstruction when he continued to flee officers on foot to evade officers prior to his arrest.

Mr. Arriaga was arrested and booked into the Yakima County Jail.

Prob12C
**Re: Arriaga, Felipe**
**February 24, 2026**
**Page 2**

2        **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime.

                       **Supporting Evidence**: Mr. Arriaga is considered to be in violation of his supervised release conditions by being arrested for a hit and run on or about February 21, 2026.

                       Please refer to Violation number 1 above.

3        **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime.

                       **Supporting Evidence**: Mr. Arriaga is considered to be in violation of his supervised release conditions by being arrested for obstruction on or about February 21, 2026.

                       Please refer to Violation number 1 above.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     February 24, 2026

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS
[ ]     No Action
[ x ]    The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]     Defendant to appear before the Judge assigned to the case.
[ x ]    Defendant to appear before the Magistrate Judge.
[ ]     Other

Signature of Judicial Officer

February 24, 2026

Date